UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04  11611 RGS

---------------------------------------------------------x
SARGENT INTERNATIONAL,          :
                                :
        Plaintiff,              :           MAGISTRATE JUDGE _Bowler_
                                :
    -against-                   :      Civil Action No.
                                :      RECEIPT # 57392
MAYBANK NAVIGATION CO., LLC, in :      AMOUNT $150
personam, and the vessel HELEN III in rem., : SUMMONS ISSUED 10
                                :      LOCAL RULE 4.1
        Defendants.             :      WAIVER FORM
                                :      MCF ISSUED
                                :      BY DPTY. CLK. _tom_
---------------------------------------------------------x   DATE 7/20/04

## COMPLAINT

Plaintiff Sargent International, by its attorneys, alleges as follows, on its behalf and on behalf of all parties interested in the cargo described below:

1.  This is a claim under the Court's Admiralty and Maritime jurisdiction within the meaning of Federal Rule of Civil Procedure 9(h) with respect to the carriage of goods by water. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1333, 46 U.S.C. §§ 190 et seq., 46 U.S.C. §§ 1300 et seq., 49 U.S.C. §§ 81 et seq.

2.  Plaintiff Sargent International ("Sargent" and/or "Plaintiff") is incorporated under the laws of the Commonwealth of Massachusetts, and is the owner or duly authorized representative of the owners of two motor homes on board the U.S. Flag Vessel Helen III on voyage Number 35, which is more particularly described below, and for which Bill of Lading No. MBPCH335-02 was issued on July 18, 2003. Plaintiff's principal place of business is at 293 Orleans Road, Unit A, North Chatham, Massachusetts 02690.

3.  The defendant vessel, Helen III, is a U.S. flag cargo vessel.

832252

4. Defendant Maybank Shipping Company Inc. ("Maybank") is a South Carolina corporation and has a place of business located at 525 E. Bay Street, Suite 200, Charleston, South Carolina. Defendant Maybank issued this Bill of Lading for this shipment as carrier, and upon information and belief, was the owner, operator, N.V.O.C.C., charterer and/or manager of the Vessel.

5. The Vessel is now, or will be during the pendency of this action, within the jurisdiction of this Court.

### FIRST COUNT

6. Plaintiff repeats and realleges each and every allegation stated in Paragraphs 1 through 5 above, as if the same were set forth at length herein.

7. At the port of Chickasaw, Alabama, on or about July 16, 2003, two motor homes in good order and condition were delivered to and accepted by Defendant in consideration of an agreed freight of $11,711.60 based on 146.399 cubic meters at $80 per cubic meter. The two motor homes were loaded on board the Helen III for carriage to Puerto Cabello, Venezuela, for delivery in like, good order and condition to the consigned.

8. The two motor homes were carried pursuant to the terms of Bill of Lading No. MBPCH335-02 dated July 16, 2003.

9. One of the motor homes, Serial No. 5BKP57G933359005, was delivered in a damaged condition because a container was dropped on it, all in breach of Defendants' duties to the Plaintiff. As a result of the foregoing damage, Plaintiff sustained damages in an amount of $47,172.61, as near as now can be estimated, no part of which has been paid, although payment has been duly demanded.

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
SARGENT INTERNATIONAL

### DEFENDANTS
MAYBANK NAVIGATION CO., LLC and the vessel HELEN III

(b) County of Residence of First Listed Plaintiff  **Barnstable County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
David B. Wilson, Robinson & Cole LLP
One Boston Place, Boston, MA 02108-4404
Tel 617-557-5900

Attorneys (If Known)

04 11611 RCS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane — ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury — Product Liability |  |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck |  | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
|  | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark |  |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 892 Economic Stabilization Act |
|  |  | ☐ 385 Property Damage Product Liability | **SOCIAL SECURITY** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 861 HIA (1395ff) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 862 Black Lung (923) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 720 Labor/Mgmt. Relations ☐ 863 DIWC/DIWW (405(g)) |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: | ☐ 864 SSID Title XVI | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land |  | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 865 RSI (405(g)) |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **FEDERAL TAX SUITS** |  |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 740 Railway Labor Act |  |
|  |  | ☐ 550 Civil Rights | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
|  |  | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |  |
|  |  |  | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |  |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is a claim under the Court's Admiralty and Maritime jurisdiction within the meaning of Federal Rules of Civil Procedure 9(h) with respect to carriage of goods by water.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **36,600**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE July 19, 2004

SIGNATURE OF ATTORNEY OF RECORD
David B. Wilson

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. **TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)**
   SARGENT INTERNATIONAL vs. MAYBANK NAVIGATION CO., LLC

2. **CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).**

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   X    III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

3. **TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.**

   _____

4. **HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?**

   YES        (NO)

5. **DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)**

   YES        (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES        NO

6. **IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?**

   YES        (NO)

7. **DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).**

   YES        (NO)

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

   [EASTERN DIVISION]        CENTRAL DIVISION        WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

   EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    David B. Wilson (BBO#548359) Robinson & Cole LLP
ADDRESS           One Boston Place, Boston, MA 02108-4404
TELEPHONE NO.     Tel 617-557-5900          Fax 617-557-5999

(Cover sheet local.wpd - 11/27/00)