UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

------------------------------------------------------------- x
SARGENT INTERNATIONAL,              :     Civil Action No. 04 CV 11611 (RGS)
                                    :
        Plaintiff,                  :
                                    :     **NOTICE OF VOLUNTARY**
    -against-                       :     **DISMISSAL PURSUANT TO**
                                    :     **RULE 41 (a)**
MAYBANK NAVIGATION CO., LLC in      :
personam and the vessel HELEN III, in rem. :
                                    :
        Defendants.                 x
-------------------------------------------------------------

    Plaintiff Sargent International, pursuant to Federal Rule of Civil Procedure 41(a), agrees to dismiss the above action against Maybank Navigation Co. LLC and Helen III, without prejudice and without costs to either party. Defendants have not appeared, moved or answered.

Dated: August 12, 2004

                **PLAINTIFF,**
                **SARGENT INTERNATIONAL**


              By: s/David B. Wilson
                  David B. Wilson (BBO#548359)
                  Robinson & Cole LLP
                  One Boston Place
                  Boston, MA 02108-4044
                  Tel 617 557-5900
                  Fax 617 557-5999

835242

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Notice of Voluntary Dismissal of Action was mailed, postage prepaid on August 12, 2004 to:

                S. Scott Bluestein, Esq.
                Bluestein Law Firm
                146 King Street, #311
                PO Box 1248
                Charlton, South Carolina 29402

                <u>David B. Wilson</u>
                David B. Wilson