UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

```
------------------------------------------------------------ x
    SARGENT INTERNATIONAL,              :   Civil Action No. 04 CV 11611 (RGS)
                                        :
            Plaintiff,                  :
                                        :   REVISED
       -against-                        :   NOTICE OF VOLUNTARY
                                        :   DISMISSAL PURSUANT TO
    MAYBANK NAVIGATION CO., LLC in      :   RULE 41 (a)
    personam and the vessel HELEN III, in rem. :
                                        :
            Defendants.                 x
------------------------------------------------------------
```

Plaintiff Sargent International, pursuant to Federal Rule of Civil Procedure 41(a), agrees to dismiss the above action against Maybank Navigation Co. LLC and Helen III, with prejudice and without costs to either party. Defendants have not appeared, moved or answered.

Dated: August 23, 2004

              **PLAINTIFF,**
              **SARGENT INTERNATIONAL**


              By: s/David B. Wilson
               David B. Wilson (BBO#548359)
               Robinson & Cole LLP
               One Boston Place
               Boston, MA 02108-4044
               Tel 617 557-5900
               Fax 617 557-5999

835242-2

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Notice of Voluntary Dismissal of Action was mailed, postage prepaid on August 23, 2004 to:

>S. Scott Bluestein, Esq.
>Bluestein Law Firm
>146 King Street, #311
>PO Box 1248
>Charlton, South Carolina 29402

>David B. Wilson
>David B. Wilson